# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

APRIL 2022

E-Filing Number: 2204057275

002445

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ALIM KHALMURATOV | IVAN MARINKIN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 10900 BUSTLETON AVENUE   APARTMENT A47 PHILADELPHIA   PA 19116 | 1761 FOSTER STREET APARTMENT F4B PHILADELPHIA   PA 19116 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| NARGIZA KHALMURATOVA | 116 CARRIERS, INC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 10900 BUSTLETON AVENUE   APARTMENT A47 PHILADELPHIA PA 19116 | 5777 KENNEDY AVENUE CINCINNATI   OH 45213 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal [ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less [X] More than $50,000.00 | [ ] Arbitration    [ ] Mass Tort        [ ] Commerce         [ ] Settlement [X] Jury           [ ] Savings Action   [ ] Minor Court Appeal [ ] Minors [ ] Non-Jury       [ ] Petition         [ ] Statutory Appeals  [ ] W/D/Survival [ ] Other: |

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
APR 28 2022
R. SCHREIBER

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES        NO

---

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ALIM KHALMURATOV , NARGIZA KHALMURATOVA

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| NEIL HOFFMAN | 737 SECOND STREET PIKE SOUTHAMPTON PA 18966 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)953-8955 | (215)953-9323 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 35592 | nhoffman@hskinjurylaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| NEIL HOFFMAN | Thursday, April 28, 2022, 10:12 am |

Case ID: 220402445

FINAL COPY (Approved by the Prothonotary Clerk)

NEIL HOFFMAN, ESQUIRE
HOFFMAN, STERNBERG, KARPF & LYNCH, LLC
737 SECOND STREET PIKE
SOUTHAMPTON, PA 18966
(215) 953-8955
IDENTIFICATION NO. 35592

MAJOR CASE
JURY TRIAL DEMANDED

*Filed and Attested by the Office of Judicial Records 08 AUG 2022 12:52 pm B. MERCEDES*

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| ALIM KHALMURATOV and<br>NARGIZA KHALMURATOVA, w/h<br>10900 Bustleton Avenue, Apt. A47<br>Philadelphia, PA 19116<br>vs.<br>IVAN MARINKIN<br>1761 Foster Street, Apt. F4B<br>Philadelphia, PA 19116<br>and<br>116 CARRIERS, INC<br>5777 Kennedy Avenue<br>Cincinnati, OH 45213 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL TRIAL DIVISION<br><br>TERM, 2022<br>NO. |

### NOTICE TO DEFEND

#### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. you are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you buy the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property of other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

      LAWYER REFERENCE SERVICE
      One Reading Center
      1101 Market Street
      Philadelphia, Pennsylvania 19107
      (215) 238-6333

#### AVISO

Le han demandado en corte. Si usted desea defender contra las demandas dispuestas en las páginas siguientes, usted debe tomar la acción en el plazo de veinte (20) días después de esta queja y se sirve el aviso, incorporando un aspecto escrito personalmente o y archivando en escribir con la corte sus defensas u objeciones a las demandas dispuestas contra usted el abogado le advierte que que si usted no puede hacer así que el caso puede proceder sin usted y un juicio se puede incorporar contra usted compra la corte sin aviso adicional para cualquier dinero demandado en la queja o para cualquier otra demanda o relevación pedida por el demandante. Usted puede perder el dinero o la característica de otra endereza importante a usted.

USTED DEBE LLEVAR ESTE PAPEL SU ABOGADO INMEDIATAMENTE. SI USTED NO HACE QUE UN ABOGADO VAYA A O LLAME POR TELÉFONO La OFICINA DISPUESTA ABAJO. ESTA OFICINA PUEDE PROVEER DE USTED LA INFORMACIÓN SOBRE EMPLEAR A UN ABOGADO. SI USTED NO PUEDE PERMITIRSE AL HIRE A UN ABOGADO, ESTA OFICINA PUEDE PODER PROVEER DE USTED LA INFORMACIÓN SOBRE LAS AGENCIAS QUE LOS SERVICIOS JURÍDICOS DE LA OFERTA DE MAYO A LAS PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO O NINGÚN HONORARIO

      SERVICIO DE REFERENCIA LEGAL
      One Reading Center
      1101 Market Street
      Filadelfia, Pennsylvania 19107
      Teléfono (215) 238-6333

| | |
|---|---|
| NEIL HOFFMAN, ESQUIRE<br>HOFFMAN, STERNBERG, KARPF & LYNCH, LLC<br>737 SECOND STREET PIKE<br>SOUTHAMPTON, PA 18966<br>(215) 953-8955<br>IDENTIFICATION NO. 35592 | MAJOR CASE<br>JURY TRIAL DEMANDED<br><br><br><br>ATTORNEY FOR PLAINTIFFS |
| ALIM KHALMURATOV and<br>NARGIZA KHALMURATOVA, w/h<br>10900 Bustleton Avenue, Apt. A47<br>Philadelphia, PA 19116 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL TRIAL DIVISION |
| vs. | TERM, 2022 |
| IVAN MARINKIN<br>1761 Foster Street, Apt. F4B<br>Philadelphia, PA 19116<br><br>and<br><br>116 CARRIERS, INC<br>5777 Kennedy Avenue<br>Cincinnati, OH 45213 | NO. |

## CIVIL ACTION

1.  Plaintiffs, ALIM KHALMURATOV and NARGIZA KHALMURATOVA, are married individuals who currently reside at 10900 Bustleton Avenue, Apt. A47, Philadelphia, Pennsylvania 19116.

2.  Defendant, IVAN MARINKIN, is an individual who currently resides at 1761 Foster Street, Apt. F4B, Philadelphia, Pennsylvania 19116.

3.  At all times material to this Civil Action, Defendant, IVAN MARINKIN, acted or failed to act as an agent, servant, workman and/or employee of Defendant, 116 CARRIERS, INC, who was then and there acting within the course and scope of his employment with said Defendant and in furtherance of the business of said Defendant.

4.  In the alternative, at all times material to this Civil Action, Defendant, IVAN MARINKIN, acted or failed to act individually or through his agents, servants, workmen and/or employees who were then and there acting within the course and scope of their employment with said Defendant and in furtherance of the business of said Defendant.

Case ID: 220402445

5. Defendant, 116 CARRIERS, INC, is a foreign corporation organized under the laws of the State of Ohio, which regularly conducts business within the city and county of Philadelphia and maintains a registered address for service of process at 5777 Kennedy Avenue, Cincinnati, Ohio 45213.

6. At all times material to this Civil Action, Defendant, 116 CARRIERS, INC, acted or failed to act as an agent, servant, workman and/or employee of Defendant, IVAN MARINKIN, which was then and there acting within the course and scope of its employment with said Defendant and in furtherance of the business of said Defendant.

7. In the alternative, at all times material to this Civil Action, Defendant, 116 CARRIERS, INC, acted or failed to act individually or through its agents, servants, workmen and/or employees who were then and there acting within the course and scope of their employment with said Defendant and in furtherance of the business of said Defendant.

8. Defendants, IVAN MARINKIN and 116 CARRIERS, INC, shall be collectively referred to, hereinafter, as the "DEFENDANTS".

9. On or about February 1, 2021 at approximately 8:10 a.m., Plaintiff, ALIM KHALMURATOV, possessed, operated and controlled a certain motor vehicle that was involved in the accident hereinafter more fully set forth.

10. On the aforesaid date and time, Defendant, IVAN MARINKIN, while acting individually and/or within the course and scope of his employment with the Defendant, 116 CARRIERS, INC, possessed, operated and controlled a certain tractor trailer owned by Defendant, 116 CARRIERS, INC, which tractor trailer was involved in the accident hereinafter more fully set forth.

11. On the aforesaid date and time, the vehicle operated by Plaintiff, ALIM KHALMURATOV, was completely stopped within the parking lot of the Chesapeake House Travel Plaza located along Interstate 95, a public highway located within the County of Cecil and the State of Maryland.

Case ID: 220402445

12. On the aforesaid date and time, the tractor trailer owned by Defendant, 116 CARRIERS, INC, and operated by Defendant, IVAN MARINKIN, acting as aforesaid, was traveling in reverse within the parking lot of the Chesapeake House Travel Plaza, when the DEFENDANTS were so careless and negligent that said DEFENDANTS, suddenly and without warning, violently struck the front of Plaintiff, ALIM KHALMURATOV's vehicle and pushed it several feet.

13. As a direct result of the DEFENDANTS aforesaid carelessness and negligence, Plaintiff, ALIM KHALMURATOV, sustained the serious personal injuries set forth below.

14. At the time and place aforesaid, the carelessness and negligence of the DEFENDANTS, acting as aforesaid, consisted of the following:

(A) Operating their vehicle at a high and excessive rate of speed under the circumstances;

(B) Failing to have their said vehicle under proper and adequate control;

(C) Failing to give proper and sufficient notice of their approach;

(D) Operating their vehicle without due regard for the rights, safety and position of the Plaintiff;

(E) Operating their vehicle in reverse without assuring it was safe to do so;

(F) Violating Md. Code Ann., Vehicle Laws§ 21-1102 (Limitations on backing up)

(G) Failing to exercise due care and caution under the circumstances; and

(H) Being inattentive.

COUNT I
ALIM KHALMURATOV v. DEFENDANTS
(Negligence)

15. Plaintiff, ALIM KHALMURATOV, incorporates herein by reference the averments contained in paragraphs 1 through 14 inclusive, as fully as though the same were herein set forth at length.

16. As a direct result of the DEFENDANTS carelessness and negligence as aforesaid, Plaintiff, ALIM KHALMURATOV, sustained severe and permanent internal and external injuries in and about the head, body and limbs, more particularly: L4-5 disc herniation and confirmed by

Case ID: 220402445

MRI requiring future injections and/or surgical intervention (L4-5 discectomy and nerve root decompressions); L2-3, L3-4 and L5-S1 disc bulges confirmed by MRI; bilateral L3-4, L4-5 and L5-S1 radiculopathy confirmed by EMG; post-traumatic lumbosacral radiculopathy; post-traumatic cervical radiculopathy; post-traumatic cervical sprain and strain; post-traumatic thoracic sprain and strain; post-traumatic lumbosacral sprain and strain; post-traumatic myofascitis; post-traumatic cervicalgia; post-traumatic bilateral shoulder sprain and strain; post-traumatic left elbow sprain and strain and a severe and permanent shock to his nervous system, all of which have caused him and will continue to cause him great pain and agony and have prevented him and will continue to prevent him in the future from attending to his daily duties and occupation, all to his great financial damage and loss.

17. As a direct result of the aforesaid accident and the injuries sustained therein, Plaintiff, ALIM KHALMURATOV, has been obliged to expend various sums of money for medicine and medical attention in and about endeavoring to treat and cure himself of his said injuries, and will be obliged to expend additional sums of money for the same purposes in the future, all to his great damage and loss.

18. As a direct result of the aforesaid accident and the injuries sustained therein, Plaintiff, ALIM KHALMURATOV, has and may suffer an impairment of his earning capacity and power, which impairment of earning capacity and power has or may exceed the sum recoverable under the limitations of the Pennsylvania Motor Vehicle Financial Responsibility Law.

19. As a direct result of the aforesaid accident and the injuries sustained therein, Plaintiff, ALIM KHALMURATOV, has and will hereinafter incur additional financial and/or medical expenses or losses which will exceed amounts that he may otherwise be entitled to recover under the Pennsylvania Motor Vehicle Financial Responsibility Law.

WHEREFORE, Plaintiff, ALIM KHALMURATOV, demands judgment against the Defendants, IVAN MARINKIN and 116 CARRIERS, INC, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

Case ID: 220402445

## COUNT II
## NARGIZA KHALMURATOVA v. DEFENDANTS
(Consortium)

20. Plaintiff, NARGIZA KHALMURATOVA, incorporates herein by reference the averments contained in paragraphs 1 through 19 inclusive, as fully as though the same were herein set forth at length.

21. Plaintiff, NARGIZA KHALMURATOVA, is the wife of Plaintiff, ALIM KHALMURATOV, and resides with him at 10900 Bustleton Avenue, Apt. A47, Philadelphia, Pennsylvania 19116.

22. As a direct result of the DEFENDANTS carelessness and negligence as aforesaid, Plaintiff, NARGIZA KHALMURATOVA, was for a period of time deprived, may and probably will in the future be deprived of the society, assistance and support of her husband, ALIM KHALMURATOV, all of which has been and will continue to be to her great financial, physical, psychological and emotional damage and loss.

WHEREFORE, Plaintiff, NARGIZA KHALMURATOVA, demands judgment against the Defendants, IVAN MARINKIN and 116 CARRIERS, INC, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

## COUNT III
## ALIM KHALMURATOV v. DEFENDANT, 116 CARRIERS, INC
(Negligent Entrustment)

23. Plaintiff, ALIM KHALMURATOV, incorporates herein by reference the averments contained in paragraphs 1 through 22 inclusive, as fully as though the same were herein set forth at length.

24. At all times material to this Civil Action, Defendant, 116 CARRIERS, INC, acted negligently, carelessly and in a reckless disregard for the safety of Plaintiff, ALIM KHALMURATOV, which conduct proximately caused the Plaintiff's serious and permanent personal injuries as described above.

25. The acts of Defendant, 116 CARRIERS, INC, constituting negligence and carelessness are as follows:

    (a) Entrusting a motor vehicle to Defendant, IVAN MARINKIN's care, custody and operation;

    (b) Failing to take reasonable precautions to prevent Defendant, IVAN MARINKIN, from driving their motor vehicle at a time when Defendant, 116 CARRIERS, INC, knew or should have known that Defendant, IVAN MARINKIN, was incapable of operating said motor vehicle safely;

    (c) Failing to take reasonable precautions to prevent Defendant, IVAN MARINKIN, from driving their motor vehicle at a time when Defendant, 116 CARRIERS, INC, knew or should have known of the repeated reckless and negligent course of conduct of Defendant, IVAN MARINKIN, which conduct would create an unreasonable risk of harm to others.

26. As a direct and proximate result of the carelessness and negligence of Defendant, 116 CARRIERS, INC, Plaintiff, ALIM KHALMURATOV, was caused to suffer severe and permanent personal injuries as described above.

WHEREFORE, Plaintiff, ALIM KHALMURATOV, demands judgment against Defendant, 116 CARRIERS, INC, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

Respectfully submitted:

_____
NEIL HOFFMAN, ESQUIRE
Attorney for Plaintiffs

Dated: 4/22/22

# VERIFICATION

ALIM KHALMURATOV, verifies that the statements made in this Pleading are true and correct. Verifier understands that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsifications to authorities.

_____
ALIM KHALMURATOV

Dated: 04/25/2022